# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUNE M. CANTRELL, *et al.*, )<br><br>Plaintiffs, )<br>  vs. )<br><br>CAPITOL ONE, N.A., *et al.*, )<br><br>Defendants. )<br>)  | **Case No.: 2:15-cv-00257-GMN-VCF** |

### ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Plaintiff having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to Fed. R. Civ. P. 4(m),

IT IS THEREFORE ORDERED that the action is hereby dismissed without prejudice as to defendant ING Bank.

**DATED** this 28th day of July, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court